**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gloria M. Bubbico,                                           Civil No. 12-1263 (RHK/TNL)

           Plaintiff,                       **DISQUALIFICATION AND**
                                                             **ORDER FOR REASSIGNMENT**
vs.

American Medical Systems, Inc.,

           Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 30, 2012

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge